R# 286690

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED VIA MAIL

IN RE:                               CASE NO.   04-40826-BKC-RAM
LUCIO R. RODRIGUEZ
                                             JUL 26 2010

CHAPTER 13                    U.S. BANKRUPTCY CT.
                                              SO. DIST. OF FLA.
NOTICE OF DEPOSIT OF FUNDS WITH THE    MIAMI - OFFICE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   134.53   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  JUL 2 3 2010                      _____
                                          NANCY N. HERKERT
                                          CHAPTER 13 TRUSTEE

Copies to:
   LUCIO R. RODRIGUEZ
   1986 BIARRITZ DRIVE
   APT 103
   MIAMI BEACH FL 33140

   JORGE L. SUAREZ, ESQUIRE
   3735 SW 8TH STREET
   SUITE 101
   CORAL GABLES, FL 33134

   U.S. Trustee
   51 S. W. 1st Avenue
   Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   04-40826-BKC-RAM
LUCIO R. RODRIGUEZ

                                      CHAPTER 13

LUCIO R. RODRIGUEZ              ---------$        134.53

1986 BIARRITZ DRIVE
APT 103
MIAMI BEACH FL 33140

JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130